**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1370**

MIDLAND MORTGAGE COMPANY, a South Carolina Corporation,

Plaintiff - Appellant,

v.

WELLS FARGO BANK NA, a national banking association,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Columbia. Margaret B. Seymour, Senior District Judge. (3:12-cv-00244-MBS)

Submitted: October 22, 2013        Decided: October 30, 2013

Before DUNCAN, DAVIS, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William W. Watkins, Sr., WILLIAM W. WATKINS, P.A., Columbia, South Carolina, for Appellant. Ronald J. Tryon, Lawrence M. Hershon, PARKER POE ADAMS & BERNSTEIN LLP, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Midland Mortgage Company ("Midland") appeals the district court's judgment granting Wells Fargo Bank, NA's summary judgment motion on Midland's negligence and negligent misrepresentation claims. We have considered Midland's arguments and find no reversible error. Accordingly, we affirm the district court's judgment. <u>Midland Mortgage Co. v. Wells Fargo Bank, NA</u>, No. 3:12-cv-00244-MBS (D.S.C. Feb. 25, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>